UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
UNITED STATES OF AMERICA      :      Crim. No. 3:15CR00234(AWT)
:
v.                            :
:
MARK MALKOWSKI                :      December 23, 2015
:
---------------------------------------------------------x

## **FINDINGS ON A PLEA OF GUILTY**

The captioned matter was referred to the undersigned by Judge Alvin W. Thompson, and a hearing was conducted, in open court and on the record, with the written consent of the defendant, counsel for the defendant and counsel for the United States, regarding the defendant's request to enter a plea of "Guilty" to Count One of an Information. Based upon the answers given by the defendant under oath and in the presence of counsel; the remarks of defense counsel and counsel for the government; and the written representations in the plea agreement; I find the following:

- that defendant is competent to plead;
- that he understands the charges against him;
- that he knows he has the right to be represented by counsel at trial and at every other stage of the proceeding, and is satisfied with his current counsel;
- that he understands his right to trial, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;
- that he knows the maximum possible sentence including the maximum possible terms of imprisonment, supervised release, and probation, and the maximum

potential fine;

- that he knows that the Court is obligated to consider the advisory sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law, and that all factual disputes at sentencing will be resolved by the Judge by a preponderance of the evidence;

- that he understands the operation of Rule 11(c)(1)(C) in this case;

- that he understands the collateral consequences of his conviction and the conditions imposed as a part of his agreement;

- that he understands the forfeiture agreement into which he has entered;

- that he understands his right to appeal, and that his limited waiver of that right is made knowingly and of his own free will;

- that there is a factual basis for the defendant's plea, including the information set forth in the stipulation of offense conduct; and

- that the defendant's waiver of rights and plea of guilty have been knowingly and voluntarily made and not coerced.

The undersigned makes no recommendation on the acceptance of the defendant's proposed guilty plea, as the plea agreement is made under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. The District Judge will make a finding as to whether the proposed sentence is appropriate after review of a Pre-Sentence Report and further information.

Dated this 23rd day of December, 2015, at New Haven, Connecticut.

                                                     /s/  
                                      SARAH A. L. MERRIAM  
                                      UNITED STATES MAGISTRATE JUDGE